**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000818
18-SEP-2012
09:15 AM**

NO. CAAP-11-0000818

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
FRED J. ARONICA, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH DIVISION
(CASE NOS. 3DTC-11-049995 and 3DTC-11-053181)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on November 14, 2011, Defendant-Appellant Fred J. Aronica filed a notice of appeal; (2) the record on appeal was filed on January 13, 2012, and the appellate clerk informed Appellant that the jurisdictional statement was due January 23, 2012 and the opening brief was due February 22, 2012; (3) Appellant did not file either document; (4) on August 20, 2012, the appellate clerk informed Appellant that: (a) the time for filing the statement of jurisdiction and the opening brief expired; (b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure (HRAP), the matter

would be called to the attention of the court on August 30, 2012 for such action as the court deems proper; and (c) the appeal may be dismissed; and (5) thereafter, Appellants did not file the statement of jurisdiction and opening brief or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i,  September 18, 2012.

Presiding Judge

Associate Judge

Associate Judge